**FILED**

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY F. KELLER (148005)
JADE BUTMAN (235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
Steven J. Hamilton

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN J. HAMILTON, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>v.<br><br>INTEL CORPORATION, a Delaware Corporation,<br><br>         Defendant. | Case No. C 05-2721 (MHP)<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

WHEREAS, on July 1, 2005, Plaintiff filed the instant action in the Northern District of California ("Hamilton Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in Brauch, et al. v. Intel Corp., No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Motion"), and the Hamilton Action has been identified as a related action to that motion;

WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

1

1  all dates, events and deadlines in the action;

2  WHEREAS, to date, a decision has not been rendered on the MDL Motion;

3  WHEREAS, the outcome of the MDL Motion will impact significantly the
4  schedule of this case;

5  THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
6  by and among counsel for Plaintiff Hamilton, and counsel for Defendant Intel Corporation, that
7  any events, dates or deadlines set by the Local Rules or the Federal Rules of Civil Procedure,
8  including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
9  Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
10 applicable to this case should likewise be stayed pending the outcome of the aforementioned
11 MDL Motion; and

12 IT IS FURTHER STIPULATED by the aforementioned parties that if a case
13 management conference is rescheduled by the Court, the parties shall adjust the dates for any
14 conference, disclosures or reports required by the Local Rules or the Federal Rules of Civil
15 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
16 accordingly.

17

18 IT IS HEREBY STIPULATED.
19 Dated: October 28, 2005
20                              Keller Grover LLP
21
22                              By:    /s/ Jeffrey F. Keller
23                                     JEFFREY F. KELLER
24
25                              Attorneys for Plaintiff Hamilton
26
27
28                                            2

| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| 2 | |
| 3 | By: ___/s/ Joy Fuyuno___ |
| 4 | JOY K. FUYUNO |
| 5 | Attorneys for Defendant |
| 6 | Intel Corporation |

### [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or the Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the Local Rules or the Federal Rules of Civil Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of the Court within 10 days of the decision on the MDL Motion.

**IT IS SO ORDERED.**

Date: _____          _____
                                    Honorable Marilyn H. Patel
                                    United States District Court Judge

3